IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK BECK, | § | |
|     PLAINTIFFS, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:23-CV-1413-D |
| | § | |
| FNU LNU, | § | |
|     DEFENDANT. | § | |

**ORDER**

    The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed.[1] The undersigned district judge has reviewed *de novo* the portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

    The court prospectively certifies that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3). In support of this certification, the court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the findings and recommendation, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (per curiam). In the event of an appeal, plaintiff may challenge this certification

---

[1] Plaintiff filed on November 22, 2023 a pleading entitled "Notice of Appeal." ECF No. 14. These are his objections.

by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).

**SO ORDERED**.

December 7, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE